# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIANNA LYNNE EADS | § |
| | § Civil Action No. 4:16-CV-828 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #17) and Commissioner's Response to Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #18), wherein Defendant states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #17) is **GRANTED**, and the Commissioner is directed to pay four thousand nine hundred fifty dollars and eighty-three cents ($4,950.83) as reasonable attorney's fees and costs payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 13th day of June, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE